IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFRED GEARY and PATRICIA GEARY, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 17-2468 |
| WELLS FARGO BANK, N.A., | : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 31st day of July, 2017, upon consideration of Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Dismiss the Complaint (Doc. No. 4), Plaintiffs Alfred Geary and Patricia Geary's Response to Wells Fargo's Motion, and Wells Fargo's Reply in Further Support of its Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that:

1. Count II (Violation of the Unfair Trade Practices and Consumer Protection Law) of the Complaint is dismissed with **PREJUDICE**; and

2. Count V of the Complaint (Violation of the Truth in Lending Act) is dismissed with **PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE